O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA SMITH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARK SIMON, NORI NEUTRACEUTICALS, and NUTRITIONAL ONCOLOGY RESEARCH INSTITUTE, LLC,<br><br>　　　　　　Defendants. | Case No.: 2:21-CV-07181-MEMF-JC<br><br>**ORDER DENYING JOINT MOTION TO CONTINUE TIME TO FILE JOINT DISCOVERY AND PRE-TRIAL REPORT [ECF NO. 100]** |

　　　　On April 7, 2025, the Court issued an Order Setting Scheduling Conference setting the Scheduling Conference in this matter for June 5, 2025, and ordering the parties to timely file a Joint Rule 26(f) Report. ECF No. 95. The parties failed to do so. Accordingly, on May 23, 2025, the Court issued an Order to Show Cause ("OSC") vacating the Scheduling Conference and setting an order to show cause hearing at that time as to why sanctions should not issue. The OSC stated that if the parties filed a Rule 26(f) Report within three (3) days of the date of the Order, the OSC would be discharged. *Id.*

　　　　On May 27, 2025—four days from the date of the OSC—the parties filed a Joint Motion to Continue the Time to File a Joint Discovery and a Pre-Trial Report. ECF No. 100 ("Motion"). In the

1  Motion, the parties explained that they have conferred with each other and have stipulated to
2  continuing the deadline for filing the "Joint Discovery and Pre-Trial Report" until thirty (30) days
3  after this Court's ruling on the pending Motion for Reconsideration (ECF No. 97).[1]
4     The Court finds that the parties' Motion does not discharge the OSC. Not only was it not
5  timely filed, but it does not even attempt to explain why sanctions should not issue for failure to
6  comply with the Order Setting Scheduling Conference. Therefore, the parties are ORDERED to
7  appear for the OSC hearing on June 5, 2025.
8     The Court will address the parties' Motion at the OSC hearing.
9     The parties are permitted to appear via Zoom at the hearing set on June 5, 2024, at 10:00 a.m.
10 The Zoom link is found on the Court's website: https://www.cacd.uscourts.gov/honorable-maame-
11 ewusi-mensah-frimpong. Prior to the hearing, the parties must consult the "Guidelines for Zoom
12 Courtroom Proceedings" found on the Court's website. Failure to comply with the Guidelines may
13 result in future requests for Zoom appearances being denied.

15    IT IS SO ORDERED.

17    Dated: 5/30/2025    _____
18                        MAAME EWUSI-MENSAH FRIMPONG
19                        United States District Judge

---

[1] The Court notes that Plaintiff's Motion for Reconsideration did not notice a hearing date. ECF No. 97. Because the Court deems this matter appropriate for resolution without oral argument, C.D. Cal. L.R. 7-15, the Court will not strike the Motion.